Daniel M. White, Esq. (SBN: 68011)
dwhite@whiteamundson.com
Rebecca D. Lack, Esq. (SBN: 190735)
rlack@whiteamundson.com
WHITE & AMUNDSON, APC
A Professional Corporation
402 W. Broadway, Suite 1140
San Diego, CA  92101
Telephone:  619.239.0300
Facsimile:  619.239.0344

Margaret M. Holm, Esq. (SBN 71252)
margaret.holm@clydeco.com
Melissa M. Leos, Esq. (SBN 239418)
melissa.leos@clydeco.com
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, CA  92614-8234
Telephone: 949.852.8200
Facsimile: 415.365.9801

Attorneys for Specially-Appearing Defendants,
USA GYMNASTICS and ROBERT COLAROSSI

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE JD DOE, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DOE 1, an individual; DOE 2, an Indiana Business entity of form unknown; DOE 3, an individual; DOE 4, an individual; DOE 5, an individual; and DOES 6 through 500,<br><br>　　　　　Defendants.<br>_____/ | **CASE NO. 8:18-cv-1136-JLS (KESx)**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FED.R.CIV.P. 12(b)(6)]**<br><br>**Date:** 11/16/18<br>**Time:** 2:30 p.m.<br>**Courtroom: 10A**<br>**Judge:** Hon. Josephine L. Staton |

TO: ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2018 at 2:30 p.m. or at such other time as the matter may be heard before the Honorable Josephine L. Staton, Courtroom 10A, tenth floor of the Ronald Reagan Federal Building and United States Courthouse, located at 411 W. Fourth St., Santa Ana, California, defendants, USA

GYMNASTICS ("USAG") and ROBERT COLAROSSI will and hereby do move to dismiss plaintiff's First Amended Complaint on the following grounds:

1.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss the Fourth Cause of Action of the First Amended Complaint because plaintiff cannot state a cause of action against these defendants for Sexual Harassment.

2.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss the Fifth Cause of Action of the First Amended Complaint because plaintiff cannot state a cause of action against these defendants for Unfair Business Practices.

3.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss the Sixth Cause of Action of the First Amended Complaint because plaintiff did state a cause of action against these defendants for Intentional Infliction of Emotional Distress.

4.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss the Seventh Cause of Action of the First Amended Complaint because plaintiff cannot state a cause of action against these defendants for Constructive Fraud.

5.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss the Ninth Cause of Action of the Complaint because plaintiff cannot state a cause of action against these defendants for Negligent Supervision - Negligence Per Se.

6.  Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants move to dismiss plaintiff's prayer for punitive damages should they be successful in this motion to dismiss, and the prayer for declaratory and injunctive relief.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 12, 2018.

/ / /

/ / /

/ / /

DEFENDANTS' NOTICE OF MOTION
TO DISMISS PER FRCP 12(b)(6)            - 2 -              8:18-cv-1136 JLS (KESx)

This motion is based on this Notice of Motion and Motion, defendants' Memorandum of Points and Authorities in Support of this Motion filed herewith, and all documents and pleadings on file with the Court and on such additional and further matter as may be presented to the Court at or prior to the hearing on this matter.

DATED this 31st day of August, 2018.

WHITE & AMUNDSON APC

By_____
Daniel M. White, Esq.
Rebecca D. Lack, Esq.
Attorneys for Defendants, USA GYMNASTICS and ROBERT COLAROSSI

# CERTIFICATE OF SERVICE

Case Name: *Jane JD Doe v. Doe 1, et al.*

Case No.:    8:18-cv-1136 JLS (KESx)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is White & Amundson, 402 W. Broadway, Suite 1140, San Diego, CA 92101.

Pursuant to FRCP 5, I certify that I am a member of White & Amundson, APC and that on the date below, I caused to be served the within document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FED.R.CIV.P. 12(b)(6)]**

ELECTRONIC - As addressed to all parties appearing on the Court's ECF service list in this action via the Southern District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on August 31, 2018, at San Diego, California.


/s/ Bernadette Gonzales
Bernadette Gonzales

|     |                              |                                          |
| --- | ---------------------------- | ---------------------------------------- |
| 1   | SERVICE LIST                 |                                          |

**Case Name:** Jane JD Doe v. Dr. Larry Nassar, et al.

**Case No.:** 8:18-cv-1136 JLS (KESx)

John C. Manly, Esq.
Vince W. Finaldi, Esq.
Alex Cunny, Esq.
MANLY, STEWART & FINALDI
19100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.252.9990
Facsimile: 949.252.9991
Emails: jmanly@manlystewart.com
vfinaldi@manlystewart.com
acunny@manlystewart.com

*Attorneys for Plaintiff*

Bartholomew J. Dalton, Esq.
DALTON & ASSOCIATES, PA
Cool Spring Meeting House
1106 West 10th Street
Wilmington, DE 19806
Telephone: 302.652.2050
Facsimile: 302.652.0687
Email: bdalton@bdaltonlaw.com

*Attorneys for Plaintiff*

ROBIE & MATTHAI
A Professional Corporation
Edith R. Matthai, Esq.
Leigh P. Robie, Esq.
500 South Grand Avenue, Suite 1500
Los Angeles, California 90071
Telephone: 213.706.8000
Facsimile: 213.706.9913
Emails: EMatthai@romalaw.com
Lrobie@romalaw.com

*Attorneys for Specially Appearing Defendant STEPHEN PENNY*

Marc R. Jacobs, Esq.
Amanda K. Pawlyk, Esq.
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone: 310.564.2670
Facsimile: 310.564.2671
Emails: Mjacobs@mrllp.com
apawlyk@mrllp.com

*Attorneys for Defendants, AOGC ALL OLYMPIA GYMNASTIC CENTER, INC., GALINA MARINOVA and ARTUR AKOPYAN*

DEFENDANTS' NOTICE OF MOTION
TO DISMISS PER FRCP 12(b)(6)      - 5 -      8:18-cv-1136 JLS (KESx)

| | |
|---|---|
| Margaret M. Holm, Esq.<br>Melissa M. Leos, Esq.<br>CLYDE & CO. US LLP<br>2020 Main Street, Suite 1100<br>Irvine, CA 92614<br>Telephone: 949.852-8200<br>Facsimile: 415.365.9801<br>Emails: Margaret.holm@clydeco.us<br>melissa.leos@clydeco.us | *Associated Counsel for Specially Appearing Defendants, USA GYMNASTICS and ROBERT COLAROSSI* |
| Justin C. Pfeiffer, Esq.<br>Berg & Androphy<br>3704 Travis Street<br>Houston, TX  77002-9550<br>Telephone:  713.529.5622<br>Facsimile:  713.529.3785<br>Email:  Jpfeiffer@bafirm.com | *Attorneys for Defendants, BELA KAROLYI; MARTHA KAROLYI; AND KAROLYI TRAINING CAMPS, LLC, a Texas business entity of form unknown* |
| Alan K. Brubaker. Esq.<br>WINGERT, GREBING, BRUBAKER & JUSKIE<br>600 West Broadway, Suite 1200<br>San Diego, CA 92101<br>Telephone: 619.232.8151<br>Facsimile: 619.232.4665<br>Email: abrubaker@wingertlaw.com | *Attorneys for Specially Appearing Defendant, KATHY SCANLAN* |