# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane JD Doe,<br><br>    Plaintiff,<br><br>    v.<br><br>Doe 1 , et al.<br><br>    Defendant. | 8:18-cv-01136-JLS-KES<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

    In light of the Bankruptcy Court's Order staying this action in its entirety, it is hereby Ordered that this case is removed from this Court's active caseload until further application by the parties or Order of this Court. All pending dates are ordered vacated.

DATED: May 23, 2019

                                                    JOSEPHINE L. STATON
                                                    JOSEPHINE L. STATON
                                                    United States District Judge