UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:18-cv-01136-JLS-KES                                         Date: November 09, 2022
Title:  Jane JD Doe v. Doe 1 et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)  ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT, CASE NO. JCCP 4943**

     Having reviewed and considered Plaintiff's Motion for Remand, together with the Declaration of Alex Cunny and accompanying exhibits filed concurrently therewith (Docs. 78, 78-1), the Court GRANTS Plaintiff's Motion.  Accordingly, the Court REMANDS this action, Case No. JCCP 4943, to Orange County Superior Court.

                                                Initials of Deputy Clerk: vrv